U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2026 JUL -7 P 1: 14

CLERK
BY_____
DEPUTY CLERK



UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

SHOHREH GHASEMI,                              )
                                             )
        Petitioner,                           )
                                             )
        v.                                    )        Case No. 2:26-cv-229
                                             )
**DONALD J. TRUMP**, IN HIS OFFICIAL          )
CAPACITY AS PRESIDENT OF THE                  )
UNITED STATES; **PATRICIA HYDE**, IN          )
HER OFFICIAL CAPACITY AS ACTING               )
BOSTON FIELD OFFICE DIRECTOR,                 )
IMMIGRATION AND CUSTOMS                       )
ENFORCEMENT, ENFORCEMENT AND                  )
REMOVAL OPERATIONS; **DAVID W.**              )
**JOHNSTON**, **VERMONT SUB-OFFICE**          )
**DIRECTOR OF IMMIGRATION AND**               )
**CUSTOMS ENFORCEMENT**,                      )
ENFORCEMENT AND REMOVAL                       )
OPERATIONS; **DAVID VENTURELLA**,             )
IN HIS OFFICIAL CAPACITY AS ACTING            )
DIRECTOR, U.S. IMMIGRATION AND                )
CUSTOMS ENFORCEMENT; **PETE**                 )
**R. FLORES**, IN HIS OFFICIAL CAPACITY       )
AS ACTING COMMISSIONER FOR U.S.               )
CUSTOMS AND BORDER                            )
PROTECTIONS; **MARKWAYNE**                    )
**MULLIN**, IN HIS OFFICIAL CAPACITY          )
AS SECRETARY OF THE UNITED                    )
STATES DEPARTMENT OF HOMELAND                 )
SECURITY; **MARCO RUBIO**, IN HIS             )
OFFICIAL CAPACITY AS SECRETARY                )
OF STATE; **TODD BLANCHE**, IN HIS            )
OFFICIAL CAPACITY AS ACTING U.S.              )
ATTORNEY GENERAL; AND                         )
**JONATHAN TUREK**,                           )
SUPERINTENDENT, CHITTENDEN                    )
REGIONAL CORRECTIONAL FACILITY                )
                                             )
        Respondents.                          )
                                             )

## ORDER ON MOTION FOR TEMPORARY RESTRAINING ORDER
### (Doc. 2)

Petitioner Shohreh Ghasemi has filed a petition for a writ of habeas corpus following her arrest by Border Patrol agents close to the Canadian border.  She alleges that the Government has failed "to articulate a clear or lawful" basis for Dr. Ghasemi's detention, without any determination by either the Department or any court relative to her perceived danger to the community or potential flight risk." (Doc. 1, ¶ 6).

Dr. Ghasemi was charged in this court on June 28, 2026, with a violation of 8 U.S.C. § 1325(a)(1) (unlawful entry) and ordered detained by the U.S. Magistrate Judge following a contested hearing on July 2, 2026.   Her criminal misdemeanor case remains open.  She remains detained in that case.

The court will consider her request for a bond hearing if she enters administrative detention.  The inquiry would be premature at this time.  Petitioner's counsel is responsible for advising the court when Dr. Ghasemi becomes eligible for an administrative bond hearing.  The motion for a temporary restraining order is DENIED.

Dated at Burlington, in the District of Vermont, this 7th day of July, 2026.

Geoffrey W. Crawford, Judge
United States District Court

2